**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,
*Plaintiff-Appellee*,

v.

RANDLY IRVIN BEGAY, AKA Randly
Begay,
*Defendant-Appellant.*

No. 14-10080

D.C. No.
3:13-cr-08073-
NVW-1

ORDER

Filed October 27, 2021

**ORDER**

THOMAS, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion is vacated.

Judge Bade did not participate in the deliberations or vote in this case.